IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Thomas, Darryl

Printed: 11/18/08

Case Number: 06 B 17039
Judge: Hollis, Pamela S
Filed: 12/22/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 6, 2008
Confirmed: February 12, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 10,629.00 |  |
| Secured: |  | 7,108.39 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,954.00 |
| Trustee Fee: |  | 566.61 |
| Other Funds: |  | 0.00 |
| Totals: | 10,629.00 | 10,629.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,954.00 | 2,954.00 |
| 2. | Home Loan Services | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 4. | Dell Financial Services, Inc | Secured | 546.64 | 265.10 |
| 5. | American General Finance | Secured | 3,278.58 | 1,590.26 |
| 6. | Aronson Furniture Company | Secured | 3,879.04 | 2,550.14 |
| 7. | American General Finance | Secured | 5,503.73 | 2,702.89 |
| 8. | Home Loan Services | Secured | 22,366.13 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 141.08 | 0.00 |
| 10. | Capital One | Unsecured | 84.13 | 0.00 |
| 11. | CitiFinancial | Unsecured | 1,366.55 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 624.40 | 0.00 |
| 13. | AmeriCash Loans, LLC | Unsecured | 24.79 | 0.00 |
| 14. | Nicor Gas | Unsecured | 97.43 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 112.86 | 0.00 |
| 16. | Aronson Furniture Company | Unsecured | 120.05 | 0.00 |
| 17. | Capital One | Unsecured | 392.69 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 49.73 | 0.00 |
| 19. | AT&T | Unsecured |  | No Claim Filed |
| 20. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 21. | Diversified Svs Group | Unsecured |  | No Claim Filed |
| 22. | Nationwide Acceptance Corp | Unsecured |  | No Claim Filed |
|  |  |  | $ 41,541.83 | $ 10,062.39 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Thomas, Darryl

Printed: 11/18/08

Case Number:  06 B 17039
Judge:  Hollis, Pamela S
Filed:  12/22/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 102.75 |
| 5.4% | 431.36 |
| 6.5% | 32.50 |
|  | $ 566.61 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

